PROB 12C
(7/93)

Report Date: October 15, 2012

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Alfredo Arredondo      Case Number: 2:08CR02084-001 and
                                                                                                                                                 2:11CR06019-001

Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 6/18/2009

Original Offense:     2:08CR02084-001: Possession of a Firearm by a Prohibited Person,
                                18 U.S.C. § 922(g)(1)

                                2:11CR06019-001: Escape, 18 U.S.C. §§ 751(a) and 4082(a)

Original Sentence:     2:08CR02084-001           Type of Supervision: Supervised Release
                                Prison - 37 Months
                                TSR - 36 Months
                                2:11CR06019-001
                                Prison - 1 year + 1 day
                                TSR - 36 Months

Asst. U.S. Attorney:    Thomas J. Hanlon           Date Supervision Commenced: 4/13/2012

Defense Attorney:       Diane E. Hehir               Date Supervision Expires: 4/12/2015

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Arredondo has been charged with unlawful possession of a firearm, disorderly conduct, and obstructing a law enforcement officer, Yakima County Superior Court cause number 12-1-01515-1 on September 30, 2012. |
| | According to the Toppenish police narrative report, on September 30, 2012, the defendant and two other subjects were observed initiating a fight at the 7-Eleven store in Toppenish, Washington. As the officer approach the subjects, they all ran. The officer noted the |

individual wearing an orange sports jersey, later identified as Mr. Arredondo, was putting something black into his front waistband.  The officer noted the color and shape of the object was consistent with being an automatic pistol.

As the officer got out of his vehicle, he drew his duty weapon,  began running after Mr. Arredondo and the other two subjects, giving the commands for them to stop and get on the ground.  Mr. Arredondo ran down the alley behind the store, and slowed down near the area of two 7-Eleven garbage cans in the alley.  The officer in pursuit of Mr. Arredondo radioed other units to advise the defendant was armed.

During the search, the officer saw the soles of someone's feet under a parked pickup.  The officer ordered the subject to come out from underneath the pickup and he complied.  Mr. Arredondo was placed in the patrol vehicle and his Miranda warnings were read to him.  He was questioned regarding the orange jersey and he denied knowing about it.  Mr. Arredondo told the officer he was running because he was on Federal probation and was scared.  One of the officers then reported he could see an orange shirt stuffed in the drive shaft of the pickup, directly above where Mr. Arredondo had been laying.  The jersey was removed and matched the one he was wearing during the incident.

The officer then went back to the garbage cans by the 7-Eleven store and located a black Glock magazine on the ground.  The officer then looked inside the garbage can and saw a black Glock handgun on top of the trash.  As the officer was getting ready to photograph the magazine and gun, a loose round was located near the magazine.  The located firearm was a .45 caliber ACP, the chamber was empty, the magazine was full and the loose round was also a .45 ACP.

At the police station, Mr. Arredondo was still willing to speak with the officer without a lawyer present.  According to the report, without mentioning anything about a gun being ditched, he immediately denied ever possessing a firearm.  The defendant explained he fought with the Sureno gang member at the 7-Eleven and that he ran after hearing the commands to stop.  The defendant stated he ran because he was Federal supervision and was afraid he would get caught for fighting.  Mr. Arredondo continued to deny possessing the gun.

Mr. Arredondo was arrested and charged as noted above and he remains at the Yakima County Jail.

Mr. Arredondo is scheduled to appear in the Yakima County Superior Court for arraignment on the above-noted charges on October 15, 2012.

Prob12C
**Re:  Arredondo, Jose Alfredo**
**October 15, 2012**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/15/2012

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ x ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

s/ Fred Van Sickle

Signature of Judicial Officer

11/8/12

Date